PETITION FOR WRIT OF HABEAS CORPUS: 28 USC §2254 (Rev. 9/10)
ADOPTED BY ALL FEDERAL COURTS IN TEXAS

*to proceed
with permission
(discretionary review) and
seeking corrections and
Federal Bureau Investigation
a*

# FILED

MAY 25 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

FOR THE _Western_ DISTRICT OF TEXAS

_San Antonio, Bexar County_ DIVISION

# SA22CA0557 XR

## PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

*In the Name of the Lord Jesus Christ I come humbly to your attention."*

_Pastor Richard F. Duarte Jr._
**PETITIONER** _Administrative 1,2,3,4, (All Officers
Wardens I, II, Asst.
Major Nicholson_
vs. _Administration
OIG General Inspector State Police
Safe keeping Sgt. Ms. Martinez PREA
Officer Wilson Romero
Officer Rice_
(Full name of Petitioner)

_John B. Connally_
**CURRENT PLACE OF CONFINEMENT**
_John B. Connally Unit.
(All Medical 10 Building
Practioners Nurses PA ect._

**PRISONER ID NUMBER**
_0601649_

_all of John B. Connally 899FM632
of Violations 1st Amendment Kennedy Tx
8th Amendment Cruel usual punishment_

**RESPONDENT** _deliberate indifferences_
(Name of TDCJ Director, Warden, Jailor, or
authorized person having custody of Petitioner)

_Ombundshand Office of PREA PO Box 99 Huntsville Tx 77342-0099_

**CASE NUMBER**
(Supplied by the District Court Clerk)

### INSTRUCTIONS - READ CAREFULLY

1. The petition must be legibly handwritten or typewritten and signed and dated by the petitioner, under penalty of perjury. Any false statement of an important fact may lead to prosecution for perjury. Answer all questions in the proper space on the form.

2. Additional pages are not allowed except in answer to questions 11 and 20. Do not cite legal authorities. Any additional arguments or facts you want to present must be in a separate memorandum. The petition, including attachments, may not exceed 20 pages.

3. Receipt of the $5.00 filing fee or a grant of permission to proceed *in forma pauperis* must occur before the court will consider your petition.

4. If you do not have the necessary filing fee, you may ask permission to proceed *in forma pauperis*. To proceed *in forma pauperis*, (1) you must sign the declaration provided with this petition to show that you cannot prepay the fees and costs, and (2) if you are confined in TDCJ-CID, you must send in a certified *In Forma Pauperis* Data Sheet form from the institution in which you are confined. If you are in an institution other than TDCJ-CID, you must send in a certificate completed by an authorized officer at your institution certifying the amount of money you have on deposit at that institution. If you have access or have had access to enough funds to pay the filing fee, then you must pay the filing fee.

5.  Only judgments entered by one court may be challenged in a single petition. A separate petition must be filed to challenge a judgment entered by a different state court.

6.  Include all of your grounds for relief and all of the facts that support each ground for relief in this petition.

7.  Mail the completed petition and one copy to the U. S. District Clerk. The "Venue List" in your unit law library lists all of the federal courts in Texas, their divisions, and the addresses for the clerk's offices. The proper court is the federal court in the division and district in which you were convicted (for example, a Dallas County conviction is in the Northern District of Texas, Dallas Division) or where you are now in custody (for example, the Huntsville units are in the Southern District of Texas, Houston Division).

8.  Failure to notify the court of your change of address could result in the dismissal of your case.

---

## PETITION

**What are you challenging?**  (Check all that apply)

☐  A judgment of conviction or sentence,          (Answer Questions 1-4, 5-12 & 20-25)
    probation or deferred-adjudication probation.
☐  A parole revocation proceeding.          (Answer Questions 1-4, 13-14 & 20-25)
☐  A disciplinary proceeding.          (Answer Questions 1-4, 15-19 & 20-25)
☑  Other: Defamation of Character(s)          (Answer Questions 1-4, 10-11 & 20-25)

Slandering a Class custody of Offender class of protective proceeding
officials Officers population and and showing a poor declining Failing in their
**All petitioners must answer questions 1-4:** conduct and speech making Self Nominations

**Note:** In answering questions 1-4, you must give information about the conviction for the sentence you are presently serving, even if you are challenging a prison disciplinary action. (Note: If you are challenging a prison disciplinary action, do not answer questions 1-4 with information about the disciplinary case. Answer these questions about the conviction for the sentence you are presently serving.) Failure to follow this instruction may result in a delay in processing your case.

1.  Name and location of the court (district and county) that entered the judgment of conviction and sentence that you are presently serving or that is under attack: Bexar County

    Justice Center 300 dolorosa

2.  Date of judgment of conviction: Oct. 91   date don't remember.

3.  Length of sentence: Life 91-cR-5564

4.  Identify the docket numbers (if known) and all crimes of which you were convicted that you wish to challenge in this habeas action: 91-CR-5564 effective 91-CR-5563
    No longer active.

Rev. 09/10

**Judgment of Conviction or Sentence, Probation or Deferred-Adjudication Probation:**

5.  What was your plea? (Check one)  ☐ Not Guilty   ☑ Guilty   ☐ Nolo Contendere

6.  Kind of trial: (Check one)   ☐ Jury   ☑ Judge Only

7.  Did you testify at trial?   ☐ Yes   ☐ No

8.  Did you appeal the judgment of conviction?   ☐ Yes   ☑ No

9.  If you did appeal, in what appellate court did you file your direct appeal? By the same Court of Conviction 11.07   Cause Number (if known): 91-CR-5564

    What was the result of your direct appeal (affirmed, modified or reversed)? denied 19 91 11.07

    What was the date of that decision? Unknown

    If you filed a petition for discretionary review after the decision of the court of appeals, answer the following:

    Grounds raised: Due Process illegal Malacious Prosecution False Representation Obstruction of Justice Ignoring Writ of Habeas Corpus Failure to indict.

    Result: Have not recieved back yet.

    Date of result: N/A   Cause Number (if known): N/A

    If you filed a petition for a *writ of certiorari* with the United States Supreme Court, answer the following:

    Result: N

    Date of result:

10. Other than a direct appeal, have you filed any petitions, applications or motions from this judgment in any court, state or federal? This includes any state applications for a writ of habeas corpus that you may have filed.   ☐ Yes   ☐ No

11. If your answer to 10 is "Yes," give the following information:

    Name of court: N

    Nature of proceeding:

    Cause number (if known):

    Date (month, day and year) you <u>filed</u> the petition, application or motion as shown by a file-

stamped date from the particular court: ___*Unknown*_____

Grounds raised: _____

_____

Date of final decision: _____

What was the decision? _____

Name of court that issued the final decision: _____

As to any <u>second</u> petition, application or motion, give the same information:

Name of court: _____

Nature of proceeding: _____

Cause number (if known): _____

Date (month, day and year) you <u>filed</u> the petition, application or motion as shown by a file-stamped date from the particular court:

_____

Grounds raised: _____

_____

Date of final decision: _____

What was the decision? _____

Name of court that issued the final decision: _____

*If you have filed more than two petitions, applications or motions, please attach an additional sheet of paper and give the same information about each petition, application or motion.*

12.    Do you have any future sentence to serve after you finish serving the sentence you are attacking in this petition?    ☑ Yes    ☑ No

(a)    If your answer is "Yes," give the name and location of the court that imposed the sentence to be served in the future: _____

_____

(b)    Give the date and length of the sentence to be served in the future: _____

_____

(c)    Have you filed, or do you intend to file, any petition attacking the judgment for the

Rev. 09/10

sentence you must serve in the future?    ☑ Yes    ☐ No

**Parole Revocation:**

13.    Date and location of your parole revocation: _____

14.    Have you filed any petitions, applications or motions in any state or federal court challenging your parole revocation?    ☑ Yes    ☐ No

If your answer is "Yes," complete Question 11 above regarding your parole revocation.

**Disciplinary Proceedings:**

15.    For your original conviction, was there a finding that you used or exhibited a deadly weapon?
☑ Yes    ☐ No

16.    Are you eligible for release on mandatory supervision?    ☑ Yes    ☐ No

17.    Name and location of the TDCJ Unit where you were found guilty of the disciplinary violation:
_____

Disciplinary case number: _____

What was the nature of the disciplinary charge against you? _____

18.    Date you were found guilty of the disciplinary violation: _____

Did you lose previously earned good-time days?    ☐ Yes    ☐ No

If your answer is "Yes," provide the exact number of previously earned good-time days that were forfeited by the disciplinary hearing officer as a result of your disciplinary hearing:
_____

Identify all other punishment imposed, including the length of any punishment, if applicable, and any changes in custody status:
_____
_____
_____

19.    Did you appeal the finding of guilty through the prison or TDCJ grievance procedure?
☐ Yes    ☐ No

If your answer to Question 19 is "Yes," answer the following:

Step 1  Result: _____

Date of Result: _____

Rev. 09/10

-Ground One continue

1

To Lie is to get your way as describes in the David Ruiz stipulations of 1985 that it takes a Voice Joined with other Voices of Christians who are in a difrout comparasons to David Ruiz that supports the daily regime practices of Security staff Nurses that join in to select Offenders to be hated and Intimidated by First their ou class Offenders. Offenders Classified as pedoph who take Pride as the characters of Law and ow displayd of the vory Character's here on Safe-Keeping PREA Prison rape No zero toLovance that those that are not in the Conviction shared with the Lowclass of those who take a childs life away then because they recieve their Recompense of life In prison for life to suffer it out that once claim to Love praise his Lord Jesus now distribte him as to blame and that their Father of all Lies who speak of his own Accord his own biography life story So it is for these among me and others that are not in that climate of Judgement and are forced to be Join in the Atmosphere Climate that can not stopp their clattering of what they've done. Look at 2nd Thessalonians 2:1-11 vs.11, says (For God For this reason of their rebellion gave them a strong Influence sout to them with a strong delusion that they should obey and serve the Lie and conviction they allow'd condemnation of their unself forgive--ness For what they've done. They even go to the extreme beating themselfs up Ignorances. that TDCJ Adults call'd humans that are supposed to stand out From this poor sinful culture stained this is not about breaking Just their own policies but have pass'd the feelings of knowing their consequences and part in this Quest of what eye sees eye Imitates what ear hears their ears imitate and Now you have a Language that agrees with one Accord. But tricks are for circus clowns. The bible say's Ephesians 6:10-16 Be on your Brethren

A-Ground One continue

guard your Adversarry (2) the devil your Acuser comes seeking whom he may devour. Our Warfare is not with Flesh and blood but Through and by Master Spirits principalities Fallen spirits that set themselves above in (heavenly) places.

Keep in mind Flesh and blood comes from both human and animals. This is common to ones intelect Knowledge that comes down to common sense We are more valued then two sparrows more valued as the ultimate Socratice that this is purely idiotly ignorances and stubbornness and still acting in a childish ways practicing uncontrolled Anger when exposed to truth of their conduct that their countonnance concious Flares Up and hate Jesus Christ Follower's as I whom am blessd with such a great Light and from my Father God of Light that my very presence exposes their dark deeds.

But what happens when I charged them OK you made Allegation's as Your Father satan Father of all lies that you Know hate me because I challenge you to your call to come before you My Honorable said Judge to Judge righteously It does not take a scholar or a Saint Flawless or an adoration Priest God used a mere man Moses who Killd a man call'd him back not because he had skill or Qualities or Records of trophy's but because God remembord he Killd that vagrant that beat on one his own people Thought in this time Frame will not be recognize as that, that God saw a man that refused to indulged in the Filt royalties that he rather be joined to his own heritage. God used him to (What?) (set my people Free) How many Moses wanna be imitators that are that dont even see it the will of God in similarities. But what was left of The Past man of great Faith of moses a legacy The name Known that he Led his people Free through the strong arm of God →

A- Ground one continue (3)

did it all by his willingness to trust him that IF The Great (I AM) said he can Then so be it. It is with this people of Security Administration one PREA Offenders that all are Rebellousness practicing sinners that many as a (Few have stepd out off that regime he was never a part of. Allow me to elaborate IF I try to pray for those whom I Feelt the Holy Spirit by Faith lead me to this man. It is not me trying to pull him in cause I make it known I am a mere man as you. but by my-O- surrenderances I have Jesus Spirit Led Holy Spirit Anointing that My Father sends to me to ignite if you speak the words and believe I can do this for you. You must say Yes I belief by Faith and the message I heard That Jesus is calling you to come back to him and Let go of the Flesh that corrupted your mind you must come on your own Free will and this man came on his own Free will repeated the words I eskd him to speak to be reunited to his Savior that he closed the door but now open the door that is Knocking on the door at your heart that he uses me in this manner because he's speaking to the reader of this material That I'm Filing Againts the demonic Spirits that Officials Officers Medical Chaplains Clergys, Ministers of God to Report For showing Favortism and allowing Pride Arrogance envy's Ignorances Sgts Lts Capts Offenders and all that have breath Ears to hear eye's to see and those who cannot do niether (cry out to God for his mercy For shaming his Son Jesus to belittle as nothing more than a man. or Suffer the consequences of Hazing Harassing misleading Offenders Maligning the truth to a lie and have them confess before you and apologize for hating all making False reports sending Innoncent Offenders to Units that do not house the ⟶ class of the Offenders class custody violating the

A- Ground One continue (4)

The Protection of mixing (non violent Offenders) with
with those who are the (oldschool(mentality)
(racial groupings) and (career criminals) Re-peat
Offenders Forcing their traits on the weak in Faith
Yes this is a Soldier for the cross that my God
The very one who placed you on that seat Your
Honor that may his Righteousness work through
you and exercise the Authority you were
voted in good Faith trusted to Judge rightly
to all Equally treated as the claim is brought
before you, that wisdom is the Key and an
holy Fear for Reverencing our God For 3
witnesses stand before you Your Honour do
what is right, Let truth alone the messenger
convince you that God is using this Messenger
that if you open that door and Invite him in
ask him to be Lord over this in righteousness
there is Power in Prayer. I am a man of
graduate is 9th grade but God's grace has
given me a grace that abounds that no school
can teach malign but truth From the mouth
of my God made Flesh his Son Jesus that
paid our bond, that made us Free From the
sentence of death. Deutronomy 30:16-17 and
18, 19. I have set Life before you and That
ye shall honor the commandment of Greatest
  That thou shalt Love the Lord your God with
all your heart and Soul hearts strength be cour
=ages For I am with you whele over you go
Joshua 1. That we of the household of
God are convenant Keepers to hold not againts
the wrong done to us that Love shatters all
the hateful ways of the sinners that have
rebell up againts the holyone of Israel that
was born in bothelhem many say your
not the holyone sure I am the Great I AM
said so when I gave him my all. Its by his
convenant to Love your haibor as thyself to
Love one another, forgiveone another Ye have
For fill the entire Law. Any one can claim
this any one can say haleluyah I Love you but

A Ground one continue

(5)

but, if it is not (whole heartedly) to walk in Love that is perfected by Our Father from above the Love of this world has been corrupted that we must be fully envelope in the Love Mercy Forgiveness and putting on our humbleness meekness humility. turn the other cheek. had what David Ruiz and several other man of great Faith though it was not grafted in print Im sure he was involved the God of all love peace I must use Spalm 23. First The Lord is my sheperd His sheep Know his Voice and the Voice of another we are to abstain From. Kennoth Copeland warn avoid Foolish clatter talk and people with unpure and impure Action's speech and Sexuality and behavior that does not consist of the Fortress of Jesus or his words of Love. Bad company of a corrupt nature adopted by the pure pleasures of the flesh and claiming Authority over evil schemes that we as Gods children and upgraded by our humble obedeince Soldiers of the cross we are not to compete with unbelievers and drink the cup of pharaohs followers captivity do not make convenant with non-convenant of unbelivers to stand aside of them and not sit with the mockers who mock the creation that Security negative Influences to do mischief that as I was speaking when you call tham to their Alledge-Faults accusations to Incriminate (Back to Palsm 23rd he Leadme to Lie down in green pastures he Leadme to drink and refresh my soul mind spirit with Living water he Leads me through righteousness thats my daddy in heaven The Great I AM Breastplate of Righteou-ness then we passd From death of the old covenant valley's to the New Convenant of Jesus enter my Rest ye who are heavy in worry or burdens

A-Ground one Continue—

(6.)

give to me all your cares for My yoke is light
and I shall strengthen you. Jesus gave me
Authority to bring Satan and his host casting
down off the Power of the cross that defeated
him and crush'd him I commend him to be
placed under my Feet. For Jesus said
I also geve you the Keys to Loose what
you loose on earth shall be loosed in heaven
Whatever ye lock on earth is lock on
heaven. Ye shall release those of oppress by
a Spirit that hold down many For that
many here are Fearing to Let go that
they rather Keep thier Footing with a
detector chained and the revolving door type
Prison has grown weak where Officers
gave up to get on this misfits who are
a wreck waiting to happen. No one wants
responsability to Action what needs to be Action
100% per cent and quit pampering these
pedophilers who grope on each other practice
it, the cells showers dayrooms as one did by
the callbox and phone area. I Ask the
Courts Just to remember what is humane
as (humanity) with a competent out mindset
mental spiritual. I do not Know what your
Faith or believe if that and if Now to hear
to your ears then recieve it this if not a personal
Relationship with Jesus Christ reaquainted to
his sheperding not the worlds then by all
means surrender your Flag that's been plagued
by those of Rich thinking and wanting to
please the royalties while the beggars go
on the streets reaching out asking for alms
but Society to quick to Judge only for a drink
Blessing cursing come from the same tounge
That every morning we cry out to Abba Father
clean my unclean Lips clean my unclean heart
Clean my Life's breath to be yours and eyes
to be yours to be transform to the Renewal
of the mind of Christ right thinking— There's ⇒

A-Ground one continue

(7.)

nothing Impossible For Jesus  Judge look at the
man at the tombs according to scripture and
the Torah scroll he was using They put chain
shackles but nothing could hold Him down
and all Feard to pass through him. Sata
Spirit does not run to be exposed From the lig
that could expose him, This was a light he
recognize that of what he Lost that his Flesh
you to Jesus the man seeking Freedom
yes he needed Jesus Transfusion Flash
blood to Infuse in him  Remember Ephesia
6:10-18 Our Warfare is not with Flesh and
blood only spirits. So the Young boy said I
Know, who you are You are The Son of God hav
you come to Judge us before the time. Jesu
said soon be Quite come out of him. Jesus said
What is your name  he said  Legion We are man
we (beg) of (you) cast us out to the herd of swin
behind us  Jesus said (go) They Left Quickly
the boy Felt Jesus caught him that he put
a Now White Clothes on him. The spirits that
enter the swine went violntly down to the river
to be drown'd. To Join the spirit of Liviathian
of water. When the hired herd Followers came
back with people reported This mysterious,
Miracle that scared Them. The boy was in
his (right state of mind) This People have been
read astray with an unclean spirits whatever
prayer They pray and thats if they do  They
all abide by the Leadership Prayer, I ask,
For all the wrongs theyve done are still doing
that you Court Order that you place men as
I to Teach them what is real and what is
not For many are calling evil good, evil good
evil That shows the Great deception he's taken
them at will For no one can rob your will
unless you surrender it to him. It's another,
thing to humble to obey listen Learn re examine
the Filing For revenge they Take it as only so
being corrected For their crimes known to Laws

A, Ground One

8.

crime hate is a Felony, & it Injures any man or woman to, effect with hopes of unholydesires their illmanarisms to Inflect personal Injury to Internal Injure mentalwise. These are not Victims but those which the book of Jude 1 chpt. Brethen their are some who have crept up among you Those of markdout For Judgment to corrupt the ministry or community as in the book of Acts that these Jesus you speak of is nothing and allowing offenders of Law TD criminals who rape kids men and sell drugs to kids that Lead to death those that are homeInvaders raping your kids, before the strongman being binded so that of his hould hold will be taken   Well, your honor you certinly wouldn't want one or someone with that mindset to be Free that already sot a Female in the establishment to loose her Job and being allowd to run around when everyone else is lockd down, allowing SGIs who are not SGIs on record, to spread What the bible says Galatians 5 1-2-3- That they will spread Like gangerin and the way to put a stop to their delusional Influence to Those Officers establishing a Relationship and its easy They both are, dopephinas and crockheads and pedophilers in practice because the bible you who are spiritual are to expose Those who are comitting Blastapheme Against God and Jesus Holy Spirit the bible said it is not what goes in the mouth to the belly out the drought that defile the body but what comes out of their inside of their mind heart They speak of themselves. We who are of Christ are to expose them that practice unholy hate towards Jesus Christ that only Flesh Listen to Flesh and Spirit Listen to Spirit to please the Holy Spirits. You'll recieve peace Faith hopelove

A Ground One

9.

Freedom a choice only one free will must choose
everytime we awake we are at the crossroads
That if we seek God First and all his righteou-
-ness.

Just like the messengers of the King
had to go to a land, and spy out to report
back to the King that they almost
got notice, not knowing which way to turn
to the gates direction the Woman who was
a harlot say to decearn these are men of
God who will come to posses this land (she
call'd them (come come quickly she hid them
up on her roof, and his lead them Soldiers
Yes they did come to me seeking a place
to hide but knowing who they were I cast,
them out and they went that way running
toward the gate thats still open maybe
if your fast enough you'll catch them.
She pre adventure where her Salvation
to Freedom of Slavery being a prostitute,
and harlot she sought the Peace and saving
of her family to recieve the God that saves
that she used wisdom knowledge since I
hid you and now help you by lower you,
From my window with this purple scarlet
as rope promise me that when you come,
to take this land that you and your kings
army will spare me family to be your
servants and Freed from slavery, that
the spies heard words of truth and she,
risk'd her life family had they seareved
Thoroughly she saved their lives, They
agreed and made an convenant, Keep
this scarlet hanging from your window
so when we come to slaughter these inhabit-
-ants to claim the land God said it is ours
to take we will command that your house
will be spared from the sword.
(Lot whos righteous spirit was vexed
all the time around these blind lost souls that

A Ground 1
10

that have no power for it. I'm the only one here that can see and these only that of the flesh. I am live by Jesus Christ spirit, God spirit by honoring my father God and mother Mary. So those that don't have, the love of God is them will walk blind, fall into their own ditch. There is nothing I can do for them, but honor. The book of Jude last chapter said be careful trying to snatch some from the fire to be cautious of the contamination. Not saying you should pray for them.

Your honor even of Abraham Sodom & Gomorah what you see on TV Sex in City or vacationing buy a prostitute that 100 men already laid with.

Same sex marriage idol worshipers, But what did show'd when God said through his angels I need to get you away from here God is going to destroy this people small great the whole city by fire. But what Abraham said you see my relative Lot his wife 2 daughters Abraham said God will you spare it if you find 50 righteous God said if I find 50 I will spare it. But he said then if you find 30 he said if I find 30 I will spare it, if you find 10 I will spare it but he stopped it to destroy it. Had Abraham said if you find one father God will you spare it. He would have spared it. not because he found 1. But for the one that askd him, that God call'd him, his first true fraind that he credited right eousness to when ask to offer your only son and he pass'd the test. That's not why he was willing to honor his request God was moved by Abrahams, mercy love forgiveness that God said (O) man → you place it right where my heart is in love mercy

**A Ground One**

11.

But as The prophecy of Molachi fast 2 Chapter's it will happen to this Nation people and muckers that their minds became that of unsound mindness as animals to be Judge as an animal would.

But Praise the Lord Jesus is alive and well telling me each and every day how much he loves me. I will experience the trials tribulations with Joy grace that is sufficient for me to keep going foward and even though they keep me from church they can't takeout the church out of me I know who's my Savior this is to make known the norm that this people Authorities that Some among them will collaspse before you if you were to bring me and The Wardens Majors OIG State Police Choplains SafeKeeping Sgt. Martinez MH Manager Director Health, of all TDCJ and Administration Representative and State Police and I here as prose but to proceed Representing the welfare the offenders who are seeking freedom and officers that are not seeking the gods of this man made world of Sickness corrupted That though I being an Ambassador and phrophet for God, said so, The Great I AM to Answer to these ellegations that they have left me with no other option but to do the Further, exposing by memory as Facts Factualization can get wouldn't say your honor that God has granted me an immunity That no one can Find a fault in me as to believing the Father of the truth and love Mercy and Joy Peace. I ask this Court to bring these before you and I myself allow the Court to be Freely open

A-Ground One

12

by the name of Jesus Christ I declare all to be Invited Televised it you desire, so all con see the Power of God bring down the clay's of dispising Jesus as to nothing to Little. I bolief by this That this Unit will be an example of punishmont that as we Finishd psalm 23 his Rod staff they comfort me. What is a Rod, a Rod that's use when one is out of his character staff that he loves us so much he trusted me, to carry this staff, that by Faith if I bolief without doubt raise my right arm, that in that, in the namme of Joshua Eli Emanual Prince of Peace the water part for all to cross. That my lord sets the Table before all those who stand for him alone and not themselves to trust in him and not in myself, That he anointed my head with oil from heaven praise God's Finger and the cup he shared with me that over flows with praise, Freedom and Repice Joy I've Let go of me along time ago when I came to the realization that this is not about me, its about him Jesus and his miracles his healing his wholeness that without him, I am hopeless, no more a mist boing blown here and there. how many us have grab the hand then Lead them to Satan this is my Friend Lies of all lies that we ordaine him her Some say I never did sure you did by your words. Quit speaking to the Mountain they already shown you the difrences that many shrews are about but we are to show love to our enimies, what makes them our enimies they dont agree to walk Free from Sinful conduct drug use, smful Talk we must obey those of bolievers to abstain from Clowns of the Crrows that →

A-Ground One          /3

That saw in half a woman in 1/2 in a box
they see her feet move while cut in 1/2
hood moves then puts the box together
Tats the doors open she comes out whole
did you really belief that are you gonna
try it get in the box tell your friend to tell
him no matter what keep saying but if
yall stop stop but what if he dosent
want to stop and goes beyond the trick,
because no one bothered to ask the
Magicion how did he do the trick. he
First sold you a lie buy a ticket you'll
see this woman sawn into and then come
out whole the trick was you'll see
and your desire to see it done, that
you thought you knew the trick.
Saton gave a discription in Revelations
that he will come from the sky as a bright
shining star to decieve many Hey i'm the
Christ and will do mysterious tricks that
the people who saw him and kept their
gazes on him their eyes their mind
recieved the invitation and before you
know it your heart was snatch'd out
of the hands of God, not Jesus for
Jesus can no man snatch what God has
givon me baptized in Jesus name and
by Fire recieve the Gift Salvation The water
baptism So did the Saints, We are saints
when we keep seperated from all Filthy,
low life people live backward lifestyles
and called the curse that they are cursed
with that even not Saints but the Elect
of Sainthood that some will be decieved.
Revolation 1, 2, 3, 4, 5, 6, 7 That those
who endure to the end shall recieve the
gifts. This says we set our minds on
Christ Jesus heavenly Worshipping our God
For his kindness and patience and goodness
Mercieful Forgivens and never says no to →
anyone that seeks him out but one must

A - Ground One

14

Ones must carry his cross (each day) (one day) at a time, one step at a time. I am at the breakthrough and I'm fixing to fly high as an eagle as I do each day, spiritually this will be physically and I will be a living testimony that what God said he'd do and what he promised he is my only fortress I don't believe in man woman or my own kins if you are selling me a doctrine other than my God's His Jungry, or Hebrews and and 1st Timothy, 2nd Timothy so so but if love is not in it we are to go to such people and share truth and show them in scripture so that as we share the story doctrine of Jesus John 3:16 Those Redwords that said I Love You and I belief in you and gave you a calling to fortill and proclaim freedom from captivity many are still believing their in debt, The New Generation needs to know I'm one in a millions of others as I to have feet of messangers and when your around cry babies and yallers unkind words that tells me I'm on the right area keep shining my light my Love Moving that my love is patient and can not be shaken and cannot be moved. But God is doing something in my midst why I'm among (Kids) that never even out the parts in their minds they are crybabies telling you they're are trappd by the norm they thought was just trick and wan out, good There a chapel of hope in the bible when you recieved Jesus as Saviour Lord of your life confess him as the Son of God who came in the flesh abolished the death penalty and by faith you are saved by the free Gift of Grace and Mercy and Love gentleness, they they thought they

A Ground One

15.

got rid of me sorry cry babbies youre stuck with me I warnd you the power of Jesus you'll never be able to overcome Love that is from above and I know my light shines so bright that you need my blessings healings and freeing you from your own chains in the Power of the Lord Jesus Christ that my Faith is completed and it is done. Repent and ask God to help yourself forgive yourself for the crime you've done and ask God to restore you to your Sanity. This is my Confidence. Come to Jesus as you are.

allow the this Curt to recieve this with an open mind heart who knows may be its to you too Clerk rejoice if this has been an outpouring to you thats not a Giant to big to be overcome Jesus said call me I'm inside you, Just because you left me I never lott you my words are solid promised to never dosert you or leave you. Forgiveness open the door to healing Freedom Joy Peace is when you stop Thinking of yourself only and start pulling others before you and be Faith Ful to the one you Vow'd to be wed too. Obey all Authorities Governments though they come with a Rebuke Keep smiling Keep Praising Jesus yell out to that authority God is not Through with You thats why he has your Focused on me to Learn of me and understand why you never win me over. I Was bought by the blood of the Lamb and Redeem'd I rejoicover all in hopes that God will pour out his Spirit and Enlighten you to Jump rejoice that our Jesus Love can not be denied and they'll Keep hearing all Faith about Jesus Christ Loves you. Peace hope

A-Ground One

Cont.                16

"Affidavit"

1 Richard F. Duarte Jr. TDCJ # 601649 at John B. Connally Unit 899 FM 632 Kenedy Texas 78119 do hereby state by The Power invested in me and The choices I choose for these children of disobedience are to be brought before this Honorable, Judge Order an psycological Examination put the 1 John Chapter 4 Beloved Test the Spirits that if they dont confess that Jesus is the Son of God That came in the Flesh they are from God if They Testified to this but if not they are of the World the Antichrist. But if they do Keep testing by saying only what I will tell you to ask Them, you will The truth already both of us will your honor when you recieve a silent stare of shock Let that tell you that all my Facts are correct and by Their admission of guilt I will Than Forgive them Face to Face, and Love them as I do now but this must be in the open public as to see the Power of Mercy Love Faith, hope and Victory that this people will either Leave that Cult overwhelms that helped them to Free themselves to recieve Jesus the real one of Psalm 93, Sovereign over all that is established in all. Then this will be resolved for those who rebell you, Knowing the truth as I that, they don't will execute themselves before you guilty. I can only hope your mercy to forgive them but the ~~these compasse~~ shall Remain/consequences Reproachod to of the crimes Offense ehas of, what God warned that Your days Shall be shorten, Duet 36:17-18-19, and Exposed.

Sincerely Richard F. Duarte Jr. 601649 5-2-2022

Step 2  Result: _____ N/A

Date of Result: _____

**All petitioners must answer the remaining questions:**

20.  For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting them.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

A.  **GROUND ONE:** Stipulation's being Enforced of The David Ruiz 1985. Simply Officers Aproved by the Warden's Majors, Administration Failure of Control to Allow Medical Abuse Malpractice Neglegence Security Neglegence of Not knowledgeable to their role as trained.

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Administration has lost its stability of Control over Warden's Major's Ranks to Influence their New Officers to forget all What their were trained by school of Aeadamy. Seeing the the conduct of Prisoner's Pasing as SSI maintaince cleaners and operation's poorly untrained and unfit for work performances being Inspired by Ranks as Sgt Tilton to stir up offenders

B.  **GROUND TWO:** Inspector General State Police Join in coruption of The establishment Creating False Reports that sisuation's were Investigated and that appropiate were taken that never existed.

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Medical Malpractice who are not Licensed physiciatrist MD Phd that want to show themselves on a Telephysc Vedeo that is not an Apropiate measure to operate being Invaded by the Secretary to Interrupt contrary to Patient to Dr. Rights to privacy Including Officers who escort Offenders handcuff have a habbit adopted by and Through their up bringing gossipers who enjoy spreading Offenders visit to his psych or Medical to discriminate themselves and judge themselves charged themselves to the point they cannot hold in there own creation of Living a Myth. -6- TDCJ's motts

Rev. 09/10

C.    **GROUND THREE:** John B. Connally Law Library Super
Visor & Those connected Recieving the legal Mail
not by Inmates carriers or UN officials not of John B. Connally
Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): property.

That SuperVisor not be hold responsable from
any Federal Mail if not reach to the Curt disignated
too My trust faith in her is genuime to me. That This
This Curt not recieve Judging wrongly fom Petitimer
but that law Library SuperVisor Answer as to why did not
2-2264 File handed to her not reached the Courts 8 weeks Ago.

D.    **GROUND FOUR:** That Petitioner ask this Honorable sidd Judge
having to be disturb by these not necessary Actions one must oteport
in Faith by bringing in the Ungodly sinners to their deeds
Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

1. That Warden1 Be hold responsable as to why is Federal Mail
being Mishandled  2. Why are church Services limited due to
False play short of staff but SSTs are free to Roam here and
there". This does not limit us from Reck it we are lockd in a dayroom
to not go elsewhere. This shows diliberately hating our presence period.
Allowing General population to walk Free but 12 Building & Pod Lockd
up
21.    Relief sought in this petition: That Warden1 and these defend-    by Sgt
-ants be held responsable to answer to all of these    Tilton.
Allegations Hazing Harassment Intimidation Exploiting not the
a False make up Identity to be hated off. That Sgt Tilton    Tilton
put helpers SST to go around as if thoyre hearing Voices
and giving discription of themselfs that they cut in half
Children is a very terrible thing for a Sgt to bewitch on
Offender thats weak in his Mental to Foreplay. That this
Court Order Warden 1 overseeing all operations answer to why
is officers not all of them as Officer Wilson Romaro Officer
Rice Major Nichols and Asst Warden Warden11
016 SafeKeeping Sgt. MS. Martinez State Police Rev. 09/10
Administration Keep declaring the crimes they committed 1 as a
Christian do not endorse such ill behavior being displayed as Mental that has

22.    Have you previously filed a federal habeas petition attacking the same conviction, parole revocation or disciplinary proceeding that you are attacking in this petition?    ☐ Yes    ☐ No
If your answer is "Yes," give the date on which each petition was filed and the federal court in which it was filed. Also state whether the petition was (a) dismissed without prejudice, (b) dismissed with prejudice, or (c) denied.

_____

_____

If you previously filed a federal petition attacking the same conviction and such petition was denied or dismissed with prejudice, did you receive permission from the Fifth Circuit to file a second petition, as required by 28 U.S.C. § 2244(b)(3) and (4)?    ☐ Yes    ☐ No

23.    Are any of the grounds listed in question 20 above presented for the first time in this petition?
☐ Yes    ☐ No
If your answer is "Yes," state briefly what grounds are presented for the first time and give your reasons for not presenting them to any other court, either state or federal.

_____

_____

24.    Do you have any petition or appeal now pending (filed and not yet decided) in any court, either state or federal, for the judgment you are challenging?    ☐ Yes    ☐ No

If "Yes," identify each type of proceeding that is pending (i.e., direct appeal, art. 11.07 application, or federal habeas petition), the court in which each proceeding is pending, and the date each proceeding was filed. _____

_____

25.    Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a)    At preliminary hearing: _____

(b)    At arraignment and plea: _____

(c)    At trial: _____

(d)    At sentencing: _____

(e)    On appeal: _____

(f)    In any post-conviction proceeding: _____

Rev. 09/10

1    Excerpt From PD-22   Nov. 1, 2019
(rev.16)   Disciplinary Action Guide

"Hazing" is a conduct that intentionally subjects another, lines person to embarrassment, intimidation, or redicule and risks emotional and or/physical harm.

"Hostile Work Enviorment" is offensive behavior that is severe or pervasive enough to Alter the victim's employment conditions and create an abusive working enviorment. All the circumstances shall be considered, including the frequency of the conduct, the severity, whether it is physically threatening or humilating, or a mere offensive utterance, and whether it unreasonably interferes with an employee's work performance. Isolated instances, unless extreemly serious, will not amount to discriminatory changes in terms and conditions of employment.

"Offender" is an individual under the supervision or custody of the TDCJ, including a TDCJ offender housed in privately operated, Federal, county, other states' facilities.

"Protected Class" is a group of people with a common charact- eristic who are legally protected from discrimination on the basis of that characteristic. (In the general context of equal employment opportunity, the protected classes are race, color, religion, sex (gender), national origin, age, disability, and genetic Information.

Policy. Employee's are representatives of the Texas Depart- ment of Criminal Justice (TDCJ) and are expected to adhere to the highest standards of conduct while on-duty and off-duty, including adherence to the Rules of conduct as published and described in PD-22. Attachment A. Listing of Employee General Rules of Conduct and Diciplinary Violations. Employees who allegedly commit a rule violation will be subject to disciplinary action in accordance with the procedures within this directive.

Employee's Responsability to Know Rules and Regulations. It's an employee's responsability to know the rules in this directive and to seek clarification, if necessary. Being un-aware of any of the rules is not a basis or any of the rules is not a defense for violations.

Listing of Employee General Rules of Conduct and Disciplinary Violations. 2.

PD-30 Employee Grievance Procedures"
"Employee" is any person employed by TDCJ. on a full-time, or Temporary basis.
"Harassment" is systematic or continual unwanted actions, including threats and demands, directed toward an employee or other individual that may create a hostile work environment for the person to whom the acts are directed.

Discourteous Conduct of a "Sexual Nature" is a conduct, in (words) or actions, of a sexual nature, toward or witnessed by another TDCJ employee (Picket Officer) or other individual (a) That a reasonable person would find offensive; or (B) is unwelcome to the person to whom such conduct is directed and the and that person has communicated, by words of actions, to the other person that the conduct is unwelcome.

"Conviction" is (a)(felony) a finding of guilt by judge or Jury and the assessment of punishment whether confinement or fines (b) community supervision (probation), including deferred adjudication; (c) a jenevile adjudication of dilinquent conduct if the jenevik records are not sealed; (D) an equivalent disposition of an offense under the laws of another state, Federal law, or Uniform Code Military Justice. The term does not include a pretrial (diversion), which is an agreement between the defendant and prosecutor and occur before a judicial finding, although a judge may approve of the defendant participating in program. Pardons or reprieves do not eliminate a Conviction.

Angela M. Acosta      Sgt.
Aguilar Jr. Aurelio      Lt.
Cardenas, Jason A,     (Asst Warden Boyd Roger L.)
                                 Lt.
Clark, Daniel E.          Sgt.
Deleon   Katherine R   ADMIN ASST II
Figueroa  Andres
Guardiola, Deanna R.   CAPT.

Admin. Asst IV   Brenda C. Gutierrez
          Sgt. Hassler Alfred B.
          Sgt. Heinsman Jr. Joe B
          Capt. Mirian A. Herrera,
          Sgt. Cody E. Hoehne,
          Lt. Patrick C. Hoskins,
          Lt. Crystal J Krist.
          Admin II asst. Franchesko A Longoria
          Sgt. Thomas B. Lovelace
          Sgt. Cassondra I Madrigal
          Sgt. Juliet A Martinez
          Sgt. Melton Michael R.
          Sgt. SAMANTHA L. MENDEZ
          Sgt. Noutemo Helene
          Lt. Kassandra Perez
          Sgt. Marina Sifuentes
          Admin Asst I Debbie D. strait
          Admin Asst 2 Josie A Torres
          Sgt. Lee Trevino
          Lt. MIKE A. Valdez
          Sgt. Andrew W. Wrona

Sleeping on Duty - Violation Level 2

Reckless Endangerment 5a, 5b, 5c:
mistreatment of Offenders see rule number 23
Violation Level 2
committing or threatening to commit any act that endangers
the safety of another Individual to a lesser degree than
endangerment of life, including, hazing, horseplay,
or an action that results in the security of the TDCJ
being jeopardized.     Violation Level 3: Hazing
Horseplaying without Injury.

Horseplay Voided effective Aug 1, 2016 Rule consisted of 6a,
violation Level 4 and 6B, violation Level 3, was incorporated
to rule number 5

Substandard Duty Performance  Violation Level 4!
An Employee shall perform duties in a manner that →
meets or exceeds the minimum standards established for

2.

for the employee's position. Job quality and productivity standards are established by position discriptions. TDCJ policies and proce-dures ethical and professional standards, and written position descriptions. TDCJ policies and procedures, ethical and professional standards and written or vorbal instructions relating to job standards or expectations. failures to meet the minimum standards of productivity or quality is prohibited.

Failure to follow Proper Safety Proceedures-Violation 4

Falsification of Records-Violation 2 Does not include Falsification relating to the State of Texas Application for employment see Rule No.# 46.

Use of Offensive Words or Actions see 14b and 14c An employee shall not respond in like terms to offensive or insulting words or conduct.

Every Officer in 12 Building A, B, C, D, E, F and 8 Building 3-4, Fox, 18 Building Dorms Gods Pod All of John B. Connally Unit are Hazing and "Hostile Work Envourment" Violating all Offenders and Protected Class of Policies of Employees, Employees Responsability. PD-30, Decontouse Conduct of a Sexual Nature, Conviction's That All Officers as Officer Wilson Romero coIII Officer Rice, of 12 Building Safe Keeping Ms. Martinez PREA of 12 Building and 016 General Inspector and State Police and all Majors and Ranks of all shifts have manupilated using Offenders Prouding R2-Ice-Moth, same collsex parties and Officer Inmate sexual relationship with Medical Mtt Case workers also participating in the Hazing and all Violations because I am a christian faithful to his Lord and wont conformed to the Wardens controlled Offenders pedophiles game and rape, murder of Offenders that Medical staff, Nurses PA's Practioners and all of 10 Building have given thier share allowing Offenders

?

to die while overdose by CO's who Induced Forced swallow and smoke tainted K2, Ice, Meth, Cocaine that the Warden's are aware according to the statements provided by Ranks CO's to SSI's they trust confided in me and that they cover the murder case as suicide or Neglegance homocide to solf when they are the providers. K2 does not grow on the walls Floors or fall out of the Air, it takes an outside body to bring in all drugs tainted as to slowly kill chosen offenders Just to hate on.

Look at the Vedeo of Sept. 2021 of a 6 Feet tall offender begging and pleading For Mercy, help. That was housed where all most of the Hazing is targeted 12 Building (C-Pod) besides all others This was in 1 section of Sept. 2021 That this man hunch'd down to his Knees had to endure such excreating pain that Medical refused as many others today had to go Like that who support or cares you'll see Lt's Sgt's CO's Wardens OIG State Police and Safe Keeping Mr. Martinez Violations that stood there watching him on all 3 meals plus Necessities to 7 Building chow hall & back Medical MH all 10 Build Education Library and Law Library all watch and did nothing as he struggles stops to catch Air and almost Fainted. could not clean himself restroom wise, and the Major Nicholson locks up offenders in a small cage sittin only no laying down space but to lean on cage for 5 days straight to A 1 week that OIG Inspector State Police Wardens MH all of John B. Connally Unit allows cruel unsual punishment as Angola and see the lawsuit I Filed on Practioner Smith Reginold all in 2020 and how he blew the whistle and they got rid of him. Then Look at the murder premeditated by MH case workers Security Staff and Ranks on the Intercoms over each dayroom wireing up offenders putting Jackets accusations having offenders to Kill or beat that offender or you won't smoke K2-Ice cellphone all illegal activities again (we got your backs. OF the October 2019 Suicide that homicide

4

Then see law library on 5-17-22 coming to 12-Building holding folders lawsuits filed by Inmates as to decide whether to let it go or keep it and trash it violating all Federal Legal mail of the Offenses of public serpents and all COs John B. Connally Unit participating. Then see all your wanna be Killers general population Sgt.s and forced workers at Building folders to click on SafeKeeping walking around and violating restricted areas. Allowing General population to enter 12 Building from 12 Building Control unit without authorization or strip search policies. Then look at your Court Orders Vedeo footage of 5-17-22 in front of 12 Building Control inside the building by the 12 Building door to enter you'll see a stuff human size sheet Person created stuff to use to hang as a threat to all who report anyone from 12 Building and Chapel abuse forcing Offenders to Keep Quiet about the hazing done by Offenders Fieldministers that Security Females put hate on chosen Offenders as I because I wouldn't conform to their hate homosexual pedophile program and participate that if Court Order all Vedeo of any year you'll see in cell groups officers with Offenders Intersex and beatups on Offenders both general population and SafeKeeping for not participating making them Offenders by Sgt. Tilton and others to fight if you want your property commissary or eat. or toilet turn'd on. This is cruel unusual punishment that a Federal Buerau need to be conducted and Interview'd. I wrote the Express News and they Ranks Cos said it was stopped. We all need to be interviewd by FBI and Attorney General to file charges on all Officers who will show up positive for K2- Ice- meth ect. and ICE to check all violations Immigration false applications and SafeKeeping covering rapes extertions clicks order by her with false statements rewrote by COs. Ranks and

Officer Rank p.m.

at 11:06 p.m. to 11:15 PM They'd sent on camara this SST worker at

5.

12 Building C-Pod D-section you'll see on Vedeo Officers and Ranks sent this wannabe transgender to haze and harass Offenders creating a disturbance this Offender is sceen on camara as other SST that form an alliance to singleout chosen Offenders by Ranks of second shift and Offenders and Medical, to all partake on the Intercom over the dayrooms Intercepting the TV speakers. That anyone can do, that FBI specialist can come in this 12 Building all Pods and do the same and these Ranks create Hazing Harassing Sexual discrimination in defamatizing Offenders on 12 Building C-Pod and all other Pods to create a means for cari writers who are retaliated for filing on the Officers mis sexual conduct this Offender on camara 12:03 AM claims he gets laid in the calls and Janitor's area and in cell sex or was you'll see on camara 2021 August between 6:00 AM and 7:00 AM in 20 cell and 65 cell both SST'S one 6 feet tall other 45/6 feet tall and the Nigerian and all other Officers allow'd incell sex by the nightshift Lt as this Offender on camara on 5-20-22 on 12 Building C-Pod D section and come near the cell 45 to Haze and Harass Officers allow 12 Building C-Pod F section TV to be on loud as to make comments to Offenders toward D-Section. That as I recommended you Interview Offenders of SST Abuse of Authority and come to eause trouble and create a disturbance and Officers told this Offender to poke into my cell door and start a comotion with Offenders behind the cell door with Offender 46 cell and I made known to stay off my cell door. and this Offender Black K2, Ice doer Officers allow to Haze on Offenders as stipulated on the David Ruiz stipulations. That is prohibited and starting troubles by Officers 016 statePolice and Lts Capts Sgts and keep on Harassing Hazing among all other PD-22-to Filing being denied PD-39 and Officers and Safe keeping Sgt. Ms. > Martinez and Medical staff and Nightshift Ranks

2

to hate on christians they Officers cannot
stop vimarking what they did to Kids
of their own. The bible said claims all
words of myth and truth come out from the
Inside of an Officer shows guilt unforgiveness
that he or she is experiencing and I recomend
to have human Health care abused raped or
fondled children or teenagers of those
Officers 12 Building C-Pod and all 12 Building
Investigating for domestic violence and home
disturbances filed on Police FBI records,
Huntsville and Admin 2,3,4   Security Wardens O/6, state police Site
Have been knowing this and   6. Ignoring all Federal Suits going to tell Keeping
                                          by them to go
Hate on Christians that are Faithful to their   away.
calling. I need and request for an FBI
Request Investigation also on Huntsville, Tx
all of Ombundsman Office, PREA and Director
with Dicipinary of Officers for Refusing to file
EEO Investigation and polygraph Test that all
Offense codes recorded to Huntsville Ombundsman
and Regional Director has access to see the
Offenses by Officers and Offenders and
allow them to get away with sexual assault
and Extortion and physical abuse plus mental
Abuse on those on medications yelling their
last names out and Ordering SST's to building
Tendants to come to thier cell and use Offenders
all some class to participate using Intimidation and
defamation of Character and Slandering on as home
discriminating his Identity and that to Medical
Staff to refuse Neglogance to his health on
record that Security took conspiracy to act
as a whole with Officials and Medical
Staff, Practitioners to Keep Inflicting measures
of Hazing Harassment and all the violations
of 1st 2nd 3rd degree Felony's these Officers
Ranks Order'd by Major Nicholson and the
12 Control officer and those of Capts office
and that of Capts Officer hallway, 12.21 AM

5-20-22  12 Building C-Pod D section 45 cell I Fell to 46
                                          cell SST hazing on me.

"Affidavit"

I Richard F. Duarte Jr. 606649 of John B. Connally Unit as Necesities, Offenders to have background Vodeo Followup check and Interviewd by Federal Agents, that their supervisor was involved in the Hazing sexual exploitations, that this claims all responsability for every illegal activity that criminal Officers porly trained by, TDCJ school# academy that Wardens Admin. and Assts have Violated every breach policy in the book. I claim it and can prove it bring us subpeona to Court all on this 22.54 front page defendants and I can assure you, you wont be disapointed (am pro-se to this lawsuit I can bring evidence and provide witnesses to Insure prison time after viewing Vodeos polygraph Test and Urine blood check of all Employees and Ice Immigration background check that these African pose a threat with their muslim laws religion saying we should Kill all safe Keeping Offenders took'd, ox pedophiles homosexuals after All African Officers complain the white Officials and Ranks treat them like woman and slaves.

Are you Afraid to execute this lawsuite Fearing youll see hear the truth???? If so then you have part in this criminal cover up. with Gavelston Hospital Killers Just ask Former Practitioner Smith Reginald Residency to subpeona Forward that I Filed on and Security Ranks law library Keeping all my 11.07s and 22.54s from Acess to the Courts that they say the Warden apruved. and 016 state violations also participating in PD-22 PD-30 Offenses. Ive been threaten that I'll never make parole and they poison my lungs with Longoovid Term Risparatory Failures and Kept mH records not Just fromme but from all Offenders

Chosen to hate on.

(1)

Sincerely Yours
Richard F. Duarte Jr. Pro se
DCJ # 601649  5-18-22  6:54 AM.

Also violated From diligence Indifrence discrimination
of giving me my P2 after 31 years and 1 life
Sentence by Major Nicholson and Wardens all
hating Hazing sexual assault threats
and verbal assaults using Offenders to dishout
hate voice mail threats to Intimidate Offenders
From filing allowing those workers to violate
the David Ruize 1985 v. Estelle prohibiting Offenders
to have Authority over other same class Offenders.
as policing snitching after selling Offenders
K2 Ice then getting busted to get them
Lock'd up and steal thier property.
   Just look at the chair's that are not suppose
to be in the picket or outside the picket.
   Look'd The barber discrimination to that of
Safe Keeping barber general population IV
but not Safe Keeping. discrimination on Equal
treatment being forced to endure general
population haters serving chow on protected
to Safe Keeping Kitchen 12 Building with not
Shield or fenced in area seperating Offenders
From being abuse or refused chow because
of ranks hating on Offenders. Officers Ranks
not Fully dressed in 12 Building No name tag to
be shown when they get you boatup as to not
know thier names. Forcing all Offenders to
participate in hatecrimes and prejudicial hating
on Christians and Faithful to thier God given
calling. Christians forced by Female Ranks you'll
see on camera odressing to Offenders of church →

(g)    On appeal from any ruling against you in a post-conviction proceeding: *Not that I've Known of.*

**Timeliness of Petition:**

26.    If your judgment of conviction, parole revocation or disciplinary proceeding became final over one year ago, you must explain why the one-year statute of limitations contained in 28 U.S.C. § 2244(d) does not bar your petition.[1]



---

[1] The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"), as contained in 28 U.S.C. § 2244(d), provides in part that:

(1)    A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

    (A)    the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

    (B)    the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such State action;

    (C)    the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

    (D)    the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2)    The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Wherefore, petitioner prays that the Court grant him the relief to which he may be entitled.

Seeking Counsel for Representation as by law to all Indigent Offenders when Mervit is visible.

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for a Writ of Habeas Corpus was placed in the prison mailing system on

5-18-22 _____ (month, day, year).

Executed (signed) on May 18, 2022 (date).

Richard F. Duarte Jr. 0601649

Signature of Petitioner (required)

Petitioner's current address: John B. Connally Unit, 899 FM 632, Kenedy, Texas 78119

−10−                                    Rev. 09/10