# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **RICHARD F. DUARTE, JR.,** <br> **TDCJ No. 00601649,** <br><br> Petitioner, <br><br> v. <br><br> **OFFICER WILSON ROMERO,** <br> **ASSISTANT WARDEN VERNETA** <br> **DAVIS, JR., WARDEN PHONSO J.** <br> **RAYFORD, et. al.,** <br><br> Respondents. | § § § § § § § § § § § § § § | **CIVIL NO. SA-22-CA-557-XR** |

## J U D G M E N T

The Court has considered the Judgment to be entered in the above-styled and numbered cause.

Pursuant to this Court's Dismissal Order of even date herewith, **IT IS HEREBY ORDERED, ADJUDGED** and **DECREED** that the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (ECF No. 1) filed by Petitioner Richard F. Duarte, Jr. is **DISMISSED WITHOUT PREJUDICE**. No Certificate of Appealability shall issue in this case. This case is now **CLOSED**.

It is so **ORDERED**.

SIGNED this 1st day of June, 2022.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE